**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ANTONIO FLORES-CURIEL,<br><br>Defendant - Appellant. | No. 13-50048<br><br>D.C. No. 3:92-mj-04048-BTM-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Southern District of California
Barry T. Moskowitz, District Judge, Presiding

Submitted January 9, 2014[**]
Pasadena, California

Before: W. FLETCHER, M. SMITH, and WATFORD, Circuit Judges.

Antonio Flores-Curiel does not qualify for expungement of his 1992

conviction under the Federal First Offender Act (FFOA), 18 U.S.C. § 3607. He

concedes that he was not sentenced under § 3607(a) and that he was over 21 at the

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

time of the offense.  Thus, he does not meet the FFOA's conditions for

expungement.  *See United States v. Crowell*, 374 F.3d 790, 792 (9th Cir. 2004).

**AFFIRMED.**